2

Scott Shumaker - State Bar No. 166879
1214 F Street, Suite A
Sacramento, California 95814
Telephone: (916) 441-2199
Facsimile: (916) 441-3299
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                          Case No. 14-25070-A-13J

HERRON HARRIS,                                  Chapter 13
                                                DCN: N/A
                                                Date: N/A
                                                Time: N/A
         Debtor.                                Judge: McManus
                                                Courtroom: 28
_____/

## ORDER CONFIRMING PLAN

The Chapter 13 plan filed on May 21, 2014 of the above-named debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing, that Debtor's plan satisfies the requirements of 11 U.S.C. §1325.

**Therefore, IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney fees for the debtor's attorney in the full

RECEIVED
July 08, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005261450

amount of $4,000.00 are approved, $519.00 of which was paid prior to the filing of the petition. The balance of $3,481.00, provided that the attorney and Debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

_____
Approved as to form by
Jan Johnson, Chapter 13 Trustee

Dated: July 09, 2014

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge

BY THE COURT

_____

Harris OC 14-25070